Argued and submitted September 17, 1982, reversed and remanded April 20, 1983

## STATE OF OREGON,
*Respondent,*

*v.*

## DANIEL BRUCE FRANKLIN,
*Appellant.*

(10-81-10393, 10-81-10394;
CA A24366 (Control), CA A24367)
(Cases Consolidated)

661 P2d 946

David E. Groom, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

William F. Gary, Solicitor General, Salem, argued the cause for respondent. With him on the brief was Dave Frohnmayer, Attorney General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

**PER CURIAM.**

Defendant appeals from judgments of conviction in two criminal cases consolidated for appeal. He assigns error to the trial court's failure to state reasons on the record for the sentences imposed, as required by ORS 137.120(2). The state concedes that the trial court erred but argues that the error is not reviewable, because defendant did not raise the issue at trial and that the error was harmless. We reject the state's arguments, because the trial court had no authority to impose sentences without complying with the mandatory terms of ORS 137.120(2); therefore, remand is necessary. *State v. Franklin,* 36 Or App 413, 415, 584 P2d 368 (1978), *rev den* 285 Or 195 (1979).

Reversed and remanded for resentencing.